IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

ORDER

v.

Case No. 15-cr-4-bbc

CORNELIA J. MUTTER,

    Defendant.

---

The defendant in the above-entitled case has been:

__X__    convicted of the charge against her and no appeal is pending. Therefore, it is directed that the passport be transferred to the U.S. State Department.

_____    The State Department is not to reissue a passport without approval of U.S. Probation.

_____    convicted of the charge against her and no appeal is pending. Therefore, it is directed that the passport be transferred to the ICE Regional Office in Milwaukee, Wisconsin.

_____    acquitted of the charge against her and/or the charge against her has been dismissed. Therefore, it is directed that the passport be returned to the defendant or her authorized representative.

_____    Defendant is deceased. Therefore, it is directed that the passport be returned to the State Department.

Signed this 18th day of June, 2015.

BY THE COURT:

STEPHEN L. CROCKER
Magistrate Judge